## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:14-CR-00142-ERW-2 |
| KATIE RENEE SAWYER, | ) ) ) |
| Defendant. | ) |

### ORDER OF PROBABLE CAUSE

On February 8, 2022, this matter came before the undersigned for an Initial Appearance, Detention Hearing, and Preliminary Supervised Release Revocation Hearing.  Defendant waived her right to a Preliminary Supervised Release Revocation Hearing and requested that the Detention Hearing be continued to allow the parties time to review the pending report of Pretrial Services. Based on the record made in open court, I find that there is probable cause to believe Defendant violated the terms of Supervised Release. I further find that defendant's waiver of a preliminary hearing is knowing, intelligent and voluntary.

Accordingly,

**IT IS HEREBY ORDERED** that the final supervised release revocation hearing in the District Court before the Honorable E. Richard Webber, United States District Judge, will be set at a later date by separate order.

**IT IS FURTHER ORDERED** that the Detention Hearing is continued to **February 10, 2022 at 10:30 AM** before the undersigned. The hearing will take place by Zoom. Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1-669-254-5252, Meeting ID: 161 928 6499. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of February, 2022.