IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 4:14-CR00142-2 ERW |
| ) | |
| KATIE R. SAWYER, ) | |
| ) | |
| Defendant. ) | |

MOTION TO WAIVE DETENTION HEARING

Comes now Defendant Katie R. Sawyer, by and through Counsel William J. Ekiss and herein files with this Honorable Court a motion to waive the detention hearing set in this cause for Monday, February 14, 2022.   On February 8, 2022, the court held an initial appearance, appointment of counsel and deferred the detention hearing upon counsel's request for preparation of the bail report.   The Court then set this case for a hearing this date, February 10, 2022.   A bail report was filed with the Court early this morning, however, Counsel for defendant was not available, and failed to file a waiver or advise the Court.   As such, the Court set this case for a detention hearing or waiver on the 14th of February.

Counsel previously spoke to the defendant after Court by video on February 8, 2022 and the defendant concurred with Counsel that there was no formidable argument that could be set forth to the court that would result in her release on bond.   The defendant understands that her violations are numerous and agrees that she has some mental health issues that needs addressed. As such, pursuant to conversation with the defendant, Counsel herein files the defendant's waiver of the detention hearing and agrees to be detained.

Counsel has reviewed the bail report, which outlines the mental health information

mentioned briefly herein, and also recommends that the defendant be detained.   As such, Counsel herein files a waiver of the detention hearing pursuant to conversation with the defendant on the 8th of February.

 WHEREFORE, for the above stated reasons Counsel requests that this Honorable Court accept defendant's waiver of the detention hearing and order that she be detained pending a supervised release violation hearing before the Honorable Judge Richard Weber.

              Respectfully submitted,

              THE LAMPIN LAW FIRM

**/s/ Katie R. Sawyer**       **/s/William J. Ekiss**
              William J. Ekiss (#47389)
              Attorney for Defendant
              5770 Mexico Rd, Ste. A
              St. Peters, MO 63376
              636-317-6331
              billekiss@lampinlaw.com

CERTIFICATE OF SERVICE

 I hereby certify that on the 10th of February, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Rob Livergood, Assistant U. S. Attorney.

              **/s/ William J. Ekiss**
              William J. Ekiss (#47389)
              Attorney for Defendant
              5770 Mexico Rd., Ste. A
              St. Peters, MO 63376
              636-317-6331
              billekiss@lampinlaw.com